Case 2:18-cv-00082-R-MRW   Document 23   Filed 03/06/19   Page 1 of 2   Page ID #:127

EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
GRACE JUN: SBN 287973
**IREDALE & YOO, APC**
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525   FAX: (619) 233-3221

**Attorneys for Plaintiffs Estate of Alejandro Valencia Mendez *et al.***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Hon. Manuel L. Real)

| | |
|---|---|
| ESTATE OF ALEJANDRO VALENCIA MENDEZ, by and through its successor-in-interests Alejandro Valencia Linares and Alejandrina Valencia Linares; ALEJANDRO VALENCIA LINARES, an individual, and ALEJANDRINA VALENCIA LINARES, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, DOE 1, DOE 2, and DOES 3 – 25,<br><br>Defendants. | CASE NO. 18-CV-00082-R-MRW<br><br>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1       The parties, by and through their respective counsel of record, hereby move to dismiss this entire action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own costs.

Respectfully submitted,

DATED: March 6, 2019     **IREDALE AND YOO, APC**

/s/ *Eugene Iredale*
**EUGENE G. IREDALE**
**JULIA YOO**
**GRACE JUN**
Attorney for Plaintiffs ESTATE OF ALEJANDRO VALENCIA MENDEZ; ALEJANDRO VALENCIA LINARES; and ALEJANDRINA VALENCIA LINARES,

DATED: March 6, 2019     **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assist. City Atty
**CORY M. BRENTE**, Senior Assist. City Atty

By: _____
**CHRISTIAN R. BOJORQUEZ**
Attorney for Defendant CITY OF LOS ANGELES

- 2 -